NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KW 03-901


STATE OF LOUISIANA

VERSUS

SEAN STRANGE AND TALBERT PORTER


\*\*\*\*\*\*\*\*\*\*


ON APPLICATION FOR SUPERVISORY WRITS
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. MARTIN, NO. 02-224322,
HONORABLE PAUL J. DEMAHY, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


JIMMIE C. PETERS
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**WRIT DENIED.**

**Saunders, J., dissents and assigns written reasons.**

Cecelia Ann Bonin
122 Church St.
St. Martinville, LA 70582
Counsel for Defendants/Respondents:
    Sean Strange
    Talbert Porter


J. Phil Haney, D.A.
Wilbur L. Stiles, III, A.D.A.
St. Martin Parish
Courthouse Building, Second Floor
St. Martinville, LA 70582
(337) 394-2220
Counsel for Plaintiff/Applicant:

**State of Louisiana**